HORACE HAVEMEYER et al., Complainants.

*v.*

RAMON ABOY, JR., and J. W. BONNER, as Treasurer of Porto Rico, Dfts.

San Juan, Equity, No. 1195.

Opinion filed January 4, 1924.

---

*O. B. Frazer, Esq.,* and *Nelson Gammons, Esq.,* for complainants.

*Honorable H. P. Coats,* Attorney General of Porto Rico, and *Honorable J. Lopez Acosta,* Deputy Assistant Attorney General of Porto Rico, for defendants.

ODLIN, Judge, delivered the following opinion:

The bill in this case was originally filed against Ramon Aboy, Jr., in his capacity as treasurer of Porto Rico. Later Mr. Aboy resigned and J. W. Bonner was appointed treasurer of Porto Rico, and is the present real actual defendant.

The case has been ably argued by counsel for the complainants and by counsel for the defendants, said arguments being both oral and by written briefs. The points involved are exactly similar to those in the case of Veitia v. Furtuna Estates, decided in 1916 by the circuit court of appeals at Boston, reported in 153 C. C. A. 192, 240 Fed. at page 256. The

court at that time comprised Judges Dodge, Bingham and Aldrich, the opinion being written by Judge Dodge.

Later another case involving a similar controversy was decided by the Honorable Peter J. Hamilton, the predecessor of the judge who is now rendering this opinion, and after the decision by Judge Hamilton an appeal was taken to the circuit court of appeals at Boston, and in 1920 two of the judges, Bingham and Johnson, decided the decree of Judge Hamilton should be modified and after modifying the same was affirmed. Judge Anderson dissented, his views being that the bill presented no equity whatever. The case [Porto Rico v. Russell] is reported in 268 Fed. page 723. The dissenting opinion of Judge Anderson is found at page 732.

The facts set forth in the present case now before me seem to me to bring this case within the limitations of the original case first above referred to, in which the opinion was written by Judge Dodge, and of the controlling rules in Federal courts, that where doubt exists as to jurisdiction, jurisdiction should be declined. Entertaining such doubt, after a study of the facts set forth in this case, it appears to me that the bill should be dismissed, and it is so ordered.

The temporary injunction heretofore issued is dissolved.

To this order counsel for complainants except.

Done and Ordered in open court, at San Juan, Porto Rico, this 4th day of January, 1924.